# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

147057

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PITTSFIELD INVESTORS, L.L.C., and J. A.
BLOCH & COMPANY,
        Plaintiffs-Appellants,

v

                                                SC: 147057
                                                COA: 304087

PITTSFIELD CHARTER TOWNSHIP,
        Defendant-Appellee.
                                                Washtenaw CC: 08-000151-CH

_____/

      On order of the Court, the application for leave to appeal the March 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



                                        Clerk

t0826